# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 1, 2006

131155

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JOAN J. PARKS,
          Plaintiff-Appellant,

v

QUALEX, INC., and OLD REPUBLIC
INSURANCE COMPANY,
          Defendants-Appellees.

SC: 131155
COA: 265568
WCAC: 04-000239

_____/

       On order of the Court, the application for leave to appeal the April 21, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 1, 2006

Clerk

t1025